DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Goldston v. State of N.C.<br><br>Case Below:<br>173 N.C. App. 416 | No. 328P04-2 | 1. Plt's NOA Based Upon a Constitutional Question (COA04-593) | 1. — |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Allowed (03/02/06) |
| | | 3. Plt's Alternative PDR of Constitutional Issues Pursuant to N.C.G.S. § 7A-31 | 3. Denied (03/02/06) |
| | | 4. Def's Motion to Dismiss Appeal | 4. Allowed (03/02/06)<br><br>**Timmons-Goodson, J. Recused** |
| Helsius v. Robertson<br><br>Case Below:<br>174 N.C. App. 507 | No. 698P05 | 1. Respondent's (County of Durham) NOA Based upon a Constitutional Question (COA05-08) | 1.— |
| | | 2. Petitioner's (Helsius) Motion to Dismiss Appeal | 2. Allowed (03/02/06) |
| | | 3. Respondent's (County of Durham) PDR Under N.C.G.S. § 7A-31 | 3. Denied (03/02/06) |
| Hill v. Hill<br><br>Case Below:<br>173 N.C. App. 309 | No. 638P05 | 1. Plt's Motion for Temporary Stay (COA03-969-2) | 1. Allowed **11/22/05** 360 N.C. 175 Stay Dissolved **03/02/06** |
| | | 2. Plt's Petition for Writ of Supersedeas | 2. Denied (03/02/06) |
| | | 3. Plt's NOA Based Upon A Constitutional Question | 3. Dismissed Ex Mero Motu (03/02/06) |
| | | 4. Plt's PDR Under N.C.G.S. § 7A-31 | 4. Denied (03/02/06)<br><br>**Martin, J. Recused** |
| Hill v. Taylor<br><br>Case Below:<br>174 N.C. App. 415 | No. 703P05 | Defendant-Appellant's PDR (COA04-1698) | Denied (03/02/06) |
| In re B.I.<br><br>Case Below:<br>175 N.C. App. 246 | No. 043P06 | Respondent's (Hester I.) PDR Under N.C.G.S. § 7A-31 (COA05-448) | Denied (03/02/06) |